UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:  Gloria Hallman | CASE NO: 15-53911 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 5/3/2016, I did cause a copy of the following documents, described below,

Debtor's Motion to Voluntarily Dismiss Case,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 5/3/2016

/s/ Will B. Geer
Will B. Geer  940493
Law Office of Will B. Geer LLC
333 Sandy Springs Circle NE Suite 225
Atlanta, GA  30328
678 587 8740
willgeer@willgeerlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN RE: Gloria Hallman

CASE NO: 15-53911

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 5/3/2016, a copy of the following documents, described below,

Debtor's Motion to Voluntarily Dismiss Case,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/3/2016

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Law Office of Will B. Geer LLC
Will B. Geer
333 Sandy Springs Circle NE Suite 225
Atlanta, GA  30328

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
113E-1
CASE 15-53911-MGD
NORTHERN DISTRICT OF GEORGIA
ATLANTA
MON MAY 2 17-14-03 EDT 2016

AESFED LOAN SERVICING
P.O. BOX 69184
HARRISBURG PA 17106-9184

CAPITAL ONE
P.O. BOX 3001
MALVERN PA 19355-0701

CAPITAL ONE N.A.
BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

CAPITAL ONE N.A.
C O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

CAVALRY SPV II LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-1340

CITICARDS CBNA
P.O. BOX 6241
SIOUX FALLS SD 57117-6241

COLUMBUS BANK & TRUST COMPANY
1112 BROADWAY
COLUMBUS GA 31901-2429

COLUMBUS BANK & TRUST A DIVISION OF
SYNOVUS
CO THOMPSON O'BRIEN KEMP & NASUTI PC
40 TECHNOLOGY PARKWAY SOUTH SUITE 300
NORCROSS GEORGIA 30092-2924

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

GECRBJC PENNY INC.
P.O. BOX 965008
ORLANDO FL 32896-5008

*EXCLUDE*
~~WILL B. GEER~~
~~LAW OFFICE OF WILL B. GEER LLC~~
~~SUITE 225~~
~~333 SANDY SPRINGS CIRCLE NE~~
~~ATLANTA GA 30328-3866~~

ALBERT CLARK GUTHRIE
MARY IDA TOWNSON CH. 13 TRUSTEE
SUITE 2200
191 PEACHTREE STREET NE
ATLANTA GA 30303-1770

*DEBTOR*
GLORIA JEANNE LANGER HALLMAN
1008 FERRY CREEK WAY
ACWORTH GA 30102-2587

A. MICHELLE HART IPPOLITI
MCCALLA RAYMER ET AL
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

BRIAN K. JORDAN
ALDRIDGE PITE LLP
SUITE 500 - FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD NE
ATLANTA GA 30305-1636

KOHL'S CAPITAL ONE
P.O. BOX 3115
MILWAUKEE WI 53201-3115

PRA RECEIVABLES MANAG. LLC
PO BOX 41067
NORFOLK VA 23541-1067

PETER A. GLEICHMAN
321 CREEKSTONE RIDGE
WOODSTOCK GA 30188-3745

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PRECISION RECOVERY ANALYTICS
500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA NY 10595-1340

RECOVERY MANAGEMENT SYSTEMS
CORPORATION
25 S.E. 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

SHAPIRO & SWERTFEGER LLP
2872 WOODCOCK BLVD.
DUKE BUILDING SUITE 100
ATLANTA GA 30341-4015

SYNCHRONY BANK
CO RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

TOM N. HALLMAN
1008 FERRY CREEK WAY
ACWORTH GA 30102-2587

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| MARY IDA TOWNSON<br>CHAPTER 13 TRUSTEE<br>SUITE 2200<br>191 PEACHTREE STREET NE<br>ATLANTA GA 30303-1770 | U. S. DEPARTMENT OF EDUCATION<br>CO FEDLOAN SERVICING<br>P. O. BOX 69184<br>HARRISBURG PA 17106-9184 | VICTORIA□S SECRET<br>P.O. BOX 182789<br>COLUMBUS OH 43218-2789 |
| WELLS FARGO BANK N.A.<br>ATTENTION- BANKRUPTCY DEPARTMENT<br>MAC#D3347-014<br>3476 STATEVIEW BLVD.<br>FORT MILL SC 29715-7203 | WELLS FARGO HOME MORTGAGE<br>BANKRUPTCY DEPT. MAC#D3347-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | DAVID C. WHITRIDGE<br>THOMPSON O□BRIEN KEMP & NASUTI PC<br>SUITE 300<br>40 TECHNOLOGY PARKWAY SOUTH<br>NORCROSS GA 30092-2924 |